STATE OF MAINE                                          SUPERIOR COURT
CUMBERLAND, ss.                                         CIVIL ACTION
                                                        DOCKET NO.


MMG INSURANCE COMPANY,              )
                                    )
     Plaintiff                      )
                                    )
v.                                  )                   COMPLAINT
                                    )
PODIATRY INSURANCE COMPANY OF       )
AMERICA,                            )
                                    )
     Defendant                      )


NOW COMES the Plaintiff MMG Insurance Company (hereinafter "MMG"), by

and through its counsel, Norman, Hanson & DeTroy, and complains as follows:

1.      MMG Insurance Company is an insurance company organized under the

laws of the State of Maine with authority to transact the business of insurance in the

State of Maine.

2.      Podiatry Insurance Company of America (hereinafter "PICA") is an

insurance company authorized to conduct business in the State of Maine that issues

professional liability insurance policies in the State of Maine.

3.      On or about May 15, 2013, William Dickson, now deceased, visited his

physician Peter Ocampo, DPM, for treatment of Mr. Dickson's foot, specifically to

perform a debridement procedure.

4.      Debridement is a medical procedure involving the removal of dead, damaged and infected tissue to improve the healing potential of the remaining healthy tissue.

5.      During the visit, Dr. Ocampo wheeled Mr. Dickson's wheelchair adjacent to a footrest of the treatment chair.  Dr. Ocampo lifted Mr. Dickson's foot approximately six to ten inches off the footrest of the wheelchair, at which time the wheelchair flipped over backwards causing Mr. Dickson to hit his head on the floor.

6.      The Estate of William Dickson commenced a civil action against Dr. Ocampo in Cumberland County Superior Court with Docket No. CV-15-491 (hereinafter the "Civil Action").

7.      Both MMG and PICA agreed to provide Dr. Ocampo with a defense subject to a reservation of rights.

8.      A mediation of the Civil Action took place on June 2, 2016, and the case was settled at the mediation with equal contributions by PICA and MMG, with each insurer reserving the right to seek recovery from the other based on various coverage defenses.

9.      MMG had issued a Businessowners policy to Southern Maine Foot and Ankle, P.A. with Policy No. BP20936155 that was in effect at the time of the 2013 accident.  The MMG insurance policy contained an exclusion for professional services that reads in part as follows:

j.    Professional Services

"Bodily injury", "property damage", "personal and advertising injury" caused by the rendering or failure to render any professional service.  This includes but is not limited to:

(4)    Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

(5)    Any health or therapeutic service treatment, advice or instruction;

(6)    Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

10.    PICA had issued a professional liability policy to Dr. Ocampo and Southern Maine Foot and Ankle, P.A. with Policy No. 1PD0014194 that was in effect at the time of the 2013 accident.  The PICA insurance policy provided coverage for liability arising out of the provision of "professional services" with the term "professional services" being defined as follows:

III.    DEFINITIONS

(o)    "Professional services" means the providing of medical services, including medical treatment, diagnosis of disease or surgical intervention.  It shall also include acting as a member of a recognized accreditation committee, peer review committee or like body, or the rendering of expert opinions about the propriety of care as long as the subject of the opinion is within the scope of practice of the person rendering such an opinion.

11.    The injury to William Dickson arose out of the provision of "professional services" within the coverage of the insurance policy issued by PICA.

3

12.    The injuries sustained by William Dickson arose out of the provision of professional services as defined in Exclusion (j) of the Businessowners policy issued by MMG.

13.    Since the liability of Dr. Ocampo for the injuries to William Dickson are within the coverage of the PICA policy and excluded by the MMG policy, MMG is entitled to be reimbursed by PICA for the entire amount of MMG's contribution to the settlement with the Estate of William Dickson.

WHEREFORE, the Plaintiff MMG respectfully requests that judgment enter against PICA for the total sum of MMG's contribution to the settlement with the Estate of William Dickson with costs, interest and such other relief as the Court may deem appropriate.

DATED at Portland, Maine, this 9th day of November 2016.

James D. Poliquin (Bar No. 2474)
Attorney for Plaintiff MMG Insurance Company

NORMAN, HANSON & DETROY, LLC
Two Canal Plaza
P. O. Box 4600
Portland, ME 04112-4600
(207) 774-7000

4