UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MMG INSURANCE COMPANY, )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>PODIATRY INSURANCE COMPANY OF )<br>AMERICA, )<br>)<br>   Defendant ) | CASE NO. 2:16-cv-00605-JAW |

## STIPULATION OF DISMISSAL

NOW COME the parties and stipulate to the dismissal of all claims and counterclaims with prejudice and without costs.

Date:  8/3/17                               /s/ *James D. Poliquin*
                                            James D. Poliquin, Esq.
                                            NORMAN, HANSON & DETROY, LLC
                                            Two Canal Plaza
                                            P. O. Box 4600
                                            Portland, ME  04112-4600
                                            (207) 774-7000
                                            jpoliquin@nhdlaw.com
                                            **Attorney for Plaintiff/Counterclaim Defendant**
                                            **MMG Insurance Company**


Date:  8/3/17                               /s/ *Karen Frink Wolf*
                                            Karen Frink Wolf, Esq.
                                            VERRILL DANA, LLP
                                            One Portland Square
                                            P. O. Box 586
                                            Portland, ME  04112-0586
                                            (207) 774-4000
                                            kwolf@verrilldana.com
                                            **Attorney for Defendant/Counterclaim Plaintiff**
                                            **Podiatry Insurance Company of America**

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2017, I electronically filed the Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:  Allison Adams, Esq., Karen Frink Wolf, Esq., and Scott M. Salter, Esq.

                                            /s/ *James D. Poliquin*
                                            James D. Poliquin, Esq.
                                            Attorney for Plaintiff/Counterclaim Defendant

NORMAN, HANSON & DeTROY, LLC
Two Canal Plaza
P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
jpoliquin@nhdlaw.com